**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KELLY BORG,**

**Plaintiff,**

**v.** **Case No.: 8:16-CV-2070-T-33TGW**

**PHELAN, HALLINAN,**
**DIAMOND & JONES, PLLC,**

**Defendant.**

**_____________________________________/**

## JOINT NOTICE REGARDING SETTLEMENT

Plaintiff Kelly Borg ("Ms. Borg") and Defendant Phelan, Hallinan, Diamond & Jones ("PHDJ"), through their undersigned counsel, in response to the Court's May 8, 2017 Order requesting a status update on discovery report as follows: at the time of filing their notice of settlement, the parties had a tentative settlement dependent upon the action of an entity not party to this action. To date, the parties are still waiting for that entity to see whether that settlement structure is possible. The parties have also spoken about alternative settlement options outside of third party involvement, but have not been able to finalize any settlement terms to date.

Respectfully submitted this 11th day of May, 2017.


By: */s/Wendy J. Stein*
Wendy J. Stein, FBN: 389552
BONNER KIERNAN TREBACH & CROTIATA, LLP
1233 20th St., NW, 8th Floor
Washington, DC 20036
Ph: (202) 712-7000
Fax: (202) 712-7100
Email: wstein@bonnerkiernan.com
Email: agathers@bonnerkiernan.com
Counsel for Defendant

WENZEL FENTON CABASSA, P.A.
1110 North Florida Avenue
Suite 300
Tampa, Florida 33602
Telephone: 813-224-0431
Facsimile: 813-229-8712

BY: /s/Brandon J. Hill
Luis A. Cabassa
Florida Bar Number: 0053643
E-mail: lcabassa@wfclaw.com
Brandon J. Hill
Florida Bar Number: 37061
E-mail: bhill@wfclaw.com
**Counsel for Plaintiff**